**Anthony Jo–Allen McCOY, Plaintiff–Appellant,**

v.

**HURST, Captain, Nottoway Correctional Center; Walton, Lieutenant, Nottoway Correctional Center; Stokes, Lieutenant, Nottoway Correctional Center; Anderson, Sergeant; Chappell, Correctional Officer, Defendants–Appellees.**

**No. 12–7104.**

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 11, 2012.

Decided: Oct. 16, 2012.

Anthony Jo–Allen McCoy, Appellant Pro Se. Lara Kate Jacobs, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellees.

Before KING, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Jo–Allen McCoy appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court.

*McCoy v. Hurst,* No. 3:10–cv869, 2012 WL 2312065 (E.D.Va. June 18, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*